# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KATIE WAKELEY,                          : No. 154 WAL 2016
                                        :
       Petitioner              :
                                        : Petition for Allowance of Appeal from
                                        : the Order of the Superior Court
     v.                       :
                                        :
                                        :
M.J. BRUNNER, INC.,                     :
                                        :
       Respondent              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.